MARY ANN SUDA, as Mother and Natural Guardian of SCOTT A. SUDA, an Infant, Appellant, v MARIA LALLEY et al., Respondents. [773 NYS2d 321]—Appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered December 20, 2002. The order granted defendants' motion for summary judgment dismissing the complaint in a personal injury action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Lawton, JJ.